IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Marilyn Marshall Price

CASE NO:   3:08-bk-10869 E
Chapter 13

CHAPTER 13 ORDER OF DISMISSAL
FOR FAILURE TO MAKE PLAN PAYMENTS

Before the court is the Motion to Dismiss filed by the Trustee on 12/2/2010 as a result of the debtor's failure to make plan payments in accordance with the plan. The motion was set for hearing on 01/06/2011. The debtor did not appear and the debtor's attorney did appear.

For cause shown, the court finds that the debtor has failed to make payments pursuant to the plan. Therefore, the case should be, and hereby is, dismissed.

IT IS SO ORDERED.

Date:  01/12/2011

/s/   Audrey R. Evans

Audrey R. Evans
U.S. Bankruptcy Judge

cc:   Mark T. McCarty, Trustee

Stacy Clinton
4466 Elvis Presley Ste 125
Memphis, TN  38116

Marilyn Marshall Price
78 Hickory Street
Marion, AR  72364